Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 01–7388. THOMAS *v.* RAY, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. (two judgments). C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01A478. HAMPTON *v.* LEIBACH. Motion of respondent to stay order issued by JUSTICE STEVENS on January 16, 2002, denied.

No. 01A530. URBAN *v.* HURLEY ET AL. Application for injunction, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–2254. IN RE STIDHAM. Chuck R. Stidham, of Cincinnati, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on September 7, 2001 [533 U. S. 972], is discharged.

No. D–2255. IN RE DISBARMENT OF EVANS. Disbarment entered. [For earlier order herein, see 533 U. S. 972.]

No. D–2256. IN RE DISBARMENT OF GRIFFITHS. Disbarment entered. [For earlier order herein, see 533 U. S. 972.]

No. D–2257. IN RE DISBARMENT OF HANNA. Disbarment entered. [For earlier order herein, see *ante*, p. 804.]

No. D–2258. IN RE ARON. Ruthann Aron, of Potomac, Md., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 1, 2001 [*ante*, p. 804], is discharged.